IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| BBCN BANK, successor to FOSTER BANK, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 14-cv-07255 |
| v. | ) ) | Judge: Hon. Gary Feinerman |
| JAE GEUN LEE a/k/a JAE GUEN LEE, JOO SIL LEE, MAX 969, Inc., and WINDY CHICAGO 2016, Inc., | ) ) ) ) | Magistrate Judge: Hon. Mary M. Rowland |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, BBCN Bank, successor to Foster Bank ("Plaintiff" or "BBCN"), by and through its attorneys Thomas J. Dillon, Wendy Kaleta Gattone, Nicholas S. Maragos and McFadden & Dillon, P.C., and for its Motion for Entry of Judgment of Foreclosure and Sale:

1. On March 3, 2015, the Court entered an Order of Default against all defendants.

2. BBCN's claim of damages is for the sum that is made certain by computation and is more specifically set forth in BBCN's supporting Affidavit of Proof.

3. Plaintiff moves this court for the entry of a Judgment of Foreclosure and Sale based on the pleadings of record with this Court.

**WHEREFORE**, the Plaintiff, BBCN Bank, successor to Foster Bank requests that this Court (i) enter a Judgment of Foreclosure and Sale pursuant to the Order of Default entered herein and (ii) grant

such further relief as the Court may deem just and proper.

          Respectfully Submitted,

          ___/s/ Wendy Kaleta Gattone___
          One of the attorneys for plaintiff, BBCN Bank, successor to Foster Bank

Thomas J. Dillon (ARDC#3124223)
t.dillon@mcdillaw.com
Wendy Kaleta Gattone (ARDC#6226119)
w.skrobin@mcdillaw.com
Nicholas S. Maragos (ARDC#6306503)
n.maragos@mcdillaw.com
McFadden & Dillon, P.C.
120 S. LaSalle Street
Suite 1335
Chicago, Illinois 60603
(312) 201-8300